```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>LUIS AURELIO MARTORELL CARDONA<br><br>    DEBTOR (S) | CASE NO. 12-09064-MCF<br><br>CHAPTER 13 |

                      TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

   1. Failure to cooperate with the trustee 11 U.S.C. §521(3): Debtor(s) has/have failed to comply with her/his/their duties pursuant to 11 U.S.C. § 521. Debtor(s) has/have failed to provide documents and/or information requested at the meeting of creditors, omission that constitutes CAUSE for the dismissal of the case pursuant to 11 U.S.C. §1307(c)(9) and (10).

   2. Failure to resolve or act upon issues identified at the meeting of creditors causing an unreasonable delay in the bankruptcy proceedings prejudicial to creditors, which constitute CAUSE for the dismissal of the case pursuant to 11 U.S.C. §1307(c)(1).

   WHEREFORE the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for cause pursuant to 11 U.S.C. §1307 (c) for the reasons herein set forth.

   30 DAYS NOTICE: Pursuant to General Order No. 05-09, the Debtor(s), his/her/their counsel of record, and all those parties in interest who have filed a notice of appearance in this case, are hereby notified that unless a party in interest files an objection hereto within 30 days from the date of this notice, the case may be dismissed or converted without the need of further notice or hearing.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

   In San Juan, Puerto Rico this Thursday, March 7, 2013.

                                        /s/ Jose R. Carrion

                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        P.O. Box 9023884,
                                        Old San Juan Station,
                                        San Juan, P.R. 00902-3884
                                        Tel (787) 977-3535
                                        FAX (787) 977-3550

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ALMEIDA & DAVILA PSC*<br>PO BOX 191757<br>SAN JUAN, PR 00919-1757 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LUIS AURELIO MARTORELL CARDONA<br>MANSIONES DE VILLANOVA<br>1-19 CALLE BD<br>SAN JUAN, PR 00926 |
| ADVANCED COLLECTION SERVICES, INC.-V<br>PO BOX 364607<br>San Juan, PR 00936-4607 | ALLIED FINANCIAL<br>PO BOX 191314<br>SAN JUAN, PR 00919-1314 |
| ALLIED FINANCIAL INC<br>C/O SUSANA B CASTRO CINTRON<br>128 FD ROOSEVELT AVE<br>SAN JUAN, PR 00918 | AMERICAN EXPRESS<br>PO BOX 981540<br>EL PASO, TX 79998-1540 |
| ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090 | BANCO BILBAO VIZCAYA<br>C/O FRANCISCO J PORTUONDO DIAZ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| BANK OF AMERICA<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 | BAYVIEW LOAN SERVICING LLC<br>TOTTI & RODRIGUEZ DIAZ LAW OFFICES<br>PO BOX 191732<br>SAN JUAN, PR 00919-1732 |
| BAYVIEW LOAN SERVICING-V<br>PO BOX 3042<br>MILWAUKEE, WI 53201-3042 | CITIBANK NA<br>1000 TECHNOLOGY DRIVE<br>MAIL STOP 322<br>O FALLON, MO 63368-2440 |
| CPG GALERIA PASEOS , LP, S.S.<br>100 GRAN BULEVAR PASEOS<br>SUITE 106-C<br>SAN JUAN, PR 00926 | CPG GALERIAS PASEOS LP S E<br>AVE LAS CUMBRES<br>100 GRAN BLVD PASEOS<br>SAN JUAN, PR 00925 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DELMARIE RIVERA FERNANDEZ<br>PMB 540<br>PO BOX 6017<br>CAROLINA, PR 00984-6017 |

| | |
|---|---|
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION SUITE 1504<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR  00918-1454 | DUBON & DUBON<br>PO BOX 366123<br>SAN JUAN, PR  00936-6123 |
| FERDINAN J RUANO<br>LOS ARBOLES DE MONTEHIEDRA<br>600 BLVD DE LA MONTANA APT 447<br>SAN JUAN, PR  00926 | FIA CARD SERVICES /BANK OF AMERICA<br>1000 SAMOSET DRIVE<br>DE5-023-03-03<br>NEWARK, DE  19713 |
| FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 |
| FRANCISCO MARTINEZ CANAVANTE<br>PO BOX 9350<br>HUMACAO, PR  00792 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | JOSE E BISBAL AMADEO<br>PASEO MAYOR<br>D 8 STREET 1<br>SAN JUAN, PR  00926 |
| KENNY LORENZANA QUINONEZ<br>PO BOX 51903<br>TOA BAJA, PR  00950 | MARINA PUERTO CHICO INC<br>PO BOX 488<br>PUERTO REAL, PR  00740-0488 |
| ORIENTAL BANK & TRUST / EUROBANK<br>PO BOX 192099<br>SAN JUAN, PR  00919 | ORIENTAL BANK & TRUST SERV BAYVIEW LOAN SERVICIN<br>ATT CASHIERING<br>4425 PONCE DE LEON BLVD<br>CORAL GABLES, FL  33146 |
| PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131-1605 | RAUL J NOY ANCHIA<br>PO BOX 140459<br>ARECIBO, PR  00614-0459 |
| SAN JOSE BLDG ASSOCIATES<br>PO BOX 192336<br>SAN JUAN, PR  00919-2336 | SELF EMPLOYEER<br><br>, PR  00000 |
| VICENTE CALDERON RODRIGUEZ<br>PO BOX 6157<br>SAN JUAN, PR  00914 | |

DATED:  March 07, 2013

Leslie V. Santiago
OFFICE OF THE CHAPTER 13 TRUSTEE

```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>LUIS AURELIO MARTORELL CARDONA<br><br>        DEBTOR (S) | CASE NO. 12-09064-MCF<br><br>    CHAPTER 13 |

                    AFFIDAVIT FOR DEFAULT JUDGEMENT
                      PURSUANT TO SECTION 201(b)(4)
                OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

    I , Leslie V. Santiago , clerk for the Chapter 13 & 12 Trustee's Office, declare under penalty of perjury, the following:

    That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

    In San Juan, Puerto Rico, March 07, 2013.


                            _____

Department of Defense Manpower Data Center



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: MARTORELL - CARDONA

First Name: LUIS

Middle Name: AURELIO

Active Duty Status As Of: Mar-07-2013

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: C2Z382F04053P30