**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In Re:

**LUIS AURELIO MARTORELL CARDONA**

Case No.: 12-09064 (MCF)

Debtor(s)

**MOTION REQUESTING CONTINUANCE OF CONFIRMATION HEARING**

TO THE HONORABLE COURT:

COMES NOW Chapter 13 Trustee, José R. Carrión, through the undersigned attorney, and very respectfully states and prays as follows:

1.  A confirmation hearing has been scheduled in the present case for March 14, 2013.

2.  In this case, FirstBank Puerto Rico ("FirstBank") has filed a motion for relief of automatic stay (Docket 46). A final hearing regarding this matter has been scheduled for March 26, 2013 (Docket 54).

3.  Until Debtors resolve their situation with FirstBank, the present case will not be ready for confirmation.

4.  In light of the above, the Trustee hereby requests that this Court continue the confirmation hearing.

WHEREFORE, the Trustee hereby requests that this Honorable Court take notice of the abovementioned and continue the confirmation hearing.

RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by regular U.S. Mail on this same date to: the Debtor(s) her attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico, this 7th day of March, 2013.

**By: /s/ Alexandra Rodríguez Díaz**
**Staff Attorney**
Bar No.: 224,311
**/s/ José R. Carrión**

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
Old San Juan Station

San Juan, P.R. 00902-3884
Tel (787) 977-3535
Fax (787) 977-3550

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ALMEIDA & DAVILA PSC*<br>PO BOX 191757<br>SAN JUAN, PR 00919-1757 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LUIS AURELIO MARTORELL CARDONA<br>MANSIONES DE VILLANOVA<br>1-19 CALLE BD<br>SAN JUAN, PR 00926 |
| ADVANCED COLLECTION SERVICES, INC.-V<br>PO BOX 364607<br>San Juan, PR 00936-4607 | ALLIED FINANCIAL<br>PO BOX 191314<br>SAN JUAN, PR 00919-1314 |
| ALLIED FINANCIAL INC<br>C/O SUSANA B CASTRO CINTRON<br>128 FD ROOSEVELT AVE<br>SAN JUAN, PR 00918 | AMERICAN EXPRESS<br>PO BOX 981540<br>EL PASO, TX 79998-1540 |
| ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090 | BANCO BILBAO VIZCAYA<br>C/O FRANCISCO J PORTUONDO DIAZ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| BANK OF AMERICA<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 | BAYVIEW LOAN SERVICING LLC<br>TOTTI & RODRIGUEZ DIAZ LAW OFFICES<br>PO BOX 191732<br>SAN JUAN, PR 00919-1732 |
| BAYVIEW LOAN SERVICING-V<br>PO BOX 3042<br>MILWAUKEE, WI 53201-3042 | CITIBANK NA<br>1000 TECHNOLOGY DRIVE<br>MAIL STOP 322<br>O FALLON, MO 63368-2440 |
| CPG GALERIA PASEOS , LP, S.S.<br>100 GRAN BULEVAR PASEOS<br>SUITE 106-C<br>SAN JUAN, PR 00926 | CPG GALERIAS PASEOS LP S E<br>AVE LAS CUMBRES<br>100 GRAN BLVD PASEOS<br>SAN JUAN, PR 00925 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DELMARIE RIVERA FERNANDEZ<br>PMB 540<br>PO BOX 6017<br>CAROLINA, PR 00984-6017 |

```
DEPARTMENT OF TREASURY                     DUBON & DUBON
BANKRUPTCY SECTION SUITE 1504              PO BOX 366123
235 AVE ARTERIAL HOSTOS                    SAN JUAN, PR  00936-6123
SAN JUAN, PR  00918-1454
_____

FERDINAN J RUANO                          FIA CARD SERVICES /BANK OF AMERICA
LOS ARBOLES DE MONTEHIEDRA                1000 SAMOSET DRIVE
600 BLVD DE LA MONTANA APT 447            DE5-023-03-03
SAN JUAN, PR  00926                       NEWARK, DE  19713
_____

FIRST BANK                                FIRST BANK OF PR
BANKRUPTCY DIVISION                       PO BOX 9146
PO BOX 9146                               SAN JUAN, PR  00908-0146
SAN JUAN, PR  00908-0146
_____

FRANCISCO MARTINEZ CANAVANTE              INTERNAL REVENUE SERVICES
PO BOX 9350                               PO BOX 7317
HUMACAO, PR  00792                        PHILADELPHIA, PA  19101-7317
_____

INTERNAL REVENUE SERVICES                 JOSE E BISBAL AMADEO
PO BOX 7346                               PASEO MAYOR
PHILADELPHIA, PA  19101-7346              D 8 STREET 1
                                          SAN JUAN, PR  00926
_____

KENNY LORENZANA QUINONEZ                  MARINA PUERTO CHICO INC
PO BOX 51903                              PO BOX 488
TOA BAJA, PR  00950                       PUERTO REAL, PR  00740-0488
_____

ORIENTAL BANK & TRUST / EUROBANK          ORIENTAL BANK & TRUST SERV BAYVIEW LOAN SERVICIN
PO BOX 192099                             ATT CASHIERING
SAN JUAN, PR  00919                       4425 PONCE DE LEON BLVD
                                          CORAL GABLES, FL  33146
_____

PORTFOLIO INVESTMENTS II LLC              RAUL J NOY ANCHIA
C/O RECOVERY MANAGEMENT SYSTEMS CORP      PO BOX 140459
25 SE 2ND AVENUE SUITE 1120               ARECIBO, PR  00614-0459
MIAMI, FL  33131-1605
_____

SAN JOSE BLDG ASSOCIATES                  SELF EMPLOYEER
PO BOX 192336
SAN JUAN, PR  00919-2336                  , PR  00000
_____

VICENTE CALDERON RODRIGUEZ
PO BOX 6157
SAN JUAN, PR  00914
_____

 DATED:  March 07, 2013                    Leslie V. Santiago
                                          _____
                                          OFFICE OF THE CHAPTER 13 TRUSTEE
```